BENJAMIN B. WAGNER
United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA  93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:14-cr-00227-AWI-BAM |
| Plaintiff, | STIPULATION TO CONTINUE STATUS HEARING; EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| LUIS FERNANDO DE LE ROCHA-CARLON, et al. | |
| Defendants, | |

Plaintiff United States of America, by and through its counsel of record BENJAMIN B. WAGNER, United States Attorney and LAUREL J. MONTOYA, Assistant U.S. Attorney, and defendants by and through their undersigned counsel of record hereby stipulate as follows:

1.  By previous order, this matter was set for status hearing June 22, 2015 at 1:00 p.m.

2.  By this stipulation, government moves to continue the status hearing to July 27, 2015 at 1:00 p.m.  Time has previously been excluded to and through June 22, 2015.  Defense counsel does not oppose this request.

3.  The parties agree and stipulate, and request that the Court find the following:

   a.  The court is unavailable on the date currently set for status conference;

     b.    Additional time is needed for complying with defense discovery requests, formulating offers, and the approval process as well as investigation related to the formulation and consideration of any offer to settle the matter;

     c.    The parties have agreed to continue the date for the status conference to July 27, 2015;

     d.    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 22, 2015 to July, 27, 2015, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at government's and defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants interest in a speedy trial.

4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED:  June 2, 2015                                      /s/ Laurel J. Montoya
                                                            LAUREL J. MONTOYA
                                                            Assistant United States Attorney

DATED:  June 2, 2015                                      /s/ James Homola
                                                            JAMES HOMOLA
                                                           Attorney for Defendant Luis De La Rocha-Carlon

DATED:  June 2, 2015                                      /s/ John Garland
                                                           JOHN GARLAND
                                                           Attorney for Defendant Mauricio De La Rocha

O R D E R

IT IS SO FOUND AND ORDERED that the 3rd STATUS CONFERENCE for both defendants, is continued from June 22, 2015 to July 27, 2015 at 1:00 p.m. before Judge McAuliffe. Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated:   **June 2, 2015**          /s/ Barbara A. McAuliffe
                               UNITED STATES MAGISTRATE JUDGE