UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LUIS FERNANDO DE LA ROCHA-CARLON,<br><br>Defendant. | No. 1:14-cr-00227-DAD-BAM-1<br><br>ORDER RE PRO SE SENTENCE REDUCTION MOTION<br><br>(Doc. No. 51) |

On August 11, 2017, defendant, proceeding pro se, filed a motion to reduce his previously imposed sentence pursuant to 18 U.S.C. § 3582(c)(2). (Doc. No. 51.) On the same day, the government filed an opposition to that motion. (Doc. No. 52.) Pursuant to Eastern District of California General Order 546, the Federal Defender's Office ("FDO") is hereby appointed to represent defendant in this matter. The FDO shall have 90 days from the filing date of this order to file a supplement to defendant's pro se § 3582 motion or to notify the court that it does not intend to file a supplement to the motion.

IT IS SO ORDERED.

Dated: **August 15, 2017**

UNITED STATES DISTRICT JUDGE

1