UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LUIS FERNANDO DE LA ROCHA-CARLON,<br><br>Defendant. | No. 1:14-cr-00227-DAD-BAM<br><br>ORDER DENYING MOTION FOR REDUCTION OF SENTENCE PURSUANT TO 18 U.S.C. § 3582<br><br>(Doc. No. 51) |

On August 11, 2017, defendant filed a motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2), asserting that Amendment 782 to the United States Sentencing Guidelines warranted a downward adjustment to his sentence. (Doc. No. 51.) The government filed an opposition, also on August 11, 2017, and the court appointed the Federal Defender's Office for the Eastern District of California to represent defendant shortly thereafter. (Doc. Nos. 52, 54.) The Federal Defender's Office advised the court on August 18, 2017 that it did not intend to supplement defendant's motion pursuant to 18 U.S.C. § 3582. (Doc. No. 55.)

A court may reduce the term of imprisonment for a defendant after its imposition, if the United States Sentencing Commission has subsequently lowered the sentencing range for the crime for which defendant was convicted. 18 U.S.C. § 3582(c)(2). Here, defendant claims that Amendment 782 lowered the sentencing range for the crime for which he was convicted. Amendment 782 took effect on November 1, 2014. *See* Sentencing Guidelines for United States

1

Courts, 79 Fed. Reg. 25996-02, 25996 (May 6, 2014).  Defendant in this case was sentenced on August 29, 2016, using the 2015 Guidelines Manual, which took effect November 1, 2015. Therefore, in sentencing defendant the court already applied the lower sentencing range reflected in Amendment 782 .  Defendant's sentence may not be further reduced pursuant to Amendment 782.

Accordingly, defendant's motion for reduction of sentence pursuant to 18 U.S.C. § 3582 (Doc. No. 51) is denied.

IT IS SO ORDERED.

Dated: **February 12, 2018**

_____
UNITED STATES DISTRICT JUDGE