1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7                  FOR THE EASTERN DISTRICT OF CALIFORNIA

8   UNITED STATES OF AMERICA,        )    Case №: 1:14-CR-00227-1- DAD
                                     )
9                  Plaintiff,        )         **O R D E R**
                                     )    **APPOINTING COUNSEL**
10         vs.                       )
                                     )
11  LUIS F. DE LA ROCHA-CARLON,      )
                                     )
12                 Defendant.        )
    _____    )

13

14         The above named Defendant has, under oath, sworn or affirmed as to his financial

15  inability to employ counsel or has otherwise satisfied this Court that he is financially unable to

16  obtain counsel and wishes counsel be appointed to represent him on Compassionate Release.

17  Therefore, in the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C.

18  § 3006A,

19
           IT IS HEREBY ORDERED that Alekxia L. Torres be appointed to represent the above
20
    defendant in this case effective *nunc pro tunc*  to  April 27, 2021, substituting the Federal
21
    Defenders Office appointed per G.O. 595.
22

23         This appointment shall remain in effect until further order of this court.

24
    IT IS SO ORDERED.
25

26    Dated:  __**April 28, 2021**__          _____
                                              UNITED STATES DISTRICT JUDGE
27

28

                                           -1-